

NUMBER 13-09-00060-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE SABAL PALM RURAL HEALTH CLINIC, INC.,
LORENZO R. PELLY, M.D., AND VALLEY DOCTORS CLINIC, PLLC

On Petition for Writ of Mandamus.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam[1]

Relators, Sabal Palm Rural Health Clinic, Inc., Lorenzo R. Pelly, M.D., and Valley Doctors Clinic, PLLC, filed a petition for writ of mandamus on February 9, 2009, seeking to compel the trial court to vacate its order requiring relators to produce, no later than January 28, 2009, their income tax returns for a period of six years.

The Court, having examined and fully considered the petition for writ of mandamus, is of the opinion that relators have not shown themselves entitled to the relief sought.

---

[1] See TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

Accordingly, the petition for writ of mandamus is  DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and
filed this 9th day of February, 2009.